In the Matter of SAMUEL MIRER, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, November 26, 1968.

*John G. Bonomi* of counsel (*Arthur J. Cooperman* with him on the brief), for petitioner.

*Julius Kahn* for respondent.

*Per Curiam.* Respondent was admitted to practice in the Second Judicial Department on March 16, 1932.

There were two charges made against respondent involving the conversion of $500 deposited with him in escrow (which sum was subsequently repaid) and neglect in the prosecution of a lawsuit resulting in the dismissal of his client's case.

The Referee has found that respondent's guilt on each of the charges of professional misconduct has been established and the

record fully supports such finding.   The Referee's report is confirmed.

A proper regard for the protection of the public would indicate that respondent should be suspended from the practice of law for a period of two years and until further order of the court.

Respondent should be suspended for a period of two years.

STEVENS, J. P., EAGER, CAPOZZOLI, McGIVERN and RABIN, JJ., concur.

Respondent suspended for a period of two years effective January 3, 1969.